1  HUNTER PYLE, SBN 184260
   MANA BARARI, SBN 275328
2  SUNDEEN SALINAS & PYLE
   428 13th Street, 8th Floor
3  Oakland, California 94612

4  Telephone: (510) 663-9240
   Facsimile: (510) 663-9241

5  hpyle@ssrplaw.com; mbarari@ssrplaw.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS DAWSON, | Case No.: C12-00141 |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 18, 2012 CASE MANAGEMENT CONFERENCE |
| vs. | |
| CHART INTERNATIONAL, INC., | Date: May 18, 2012 |
| Defendant. | Time: 2:30 P.M. |
| | Judge: Hon. Susan Illston |

This Stipulation is entered into by and among plaintiff Douglas Dawson ("Plaintiff") and defendant Chart International, Inc. ("Defendant") by and through their respective counsel.

WHEREAS this Court signed the Order adopting the parties' stipulation to proceed with mediation within 90 days on April 30, 2012;

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C12-00141

-1-

WHEREAS the parties are scheduled for a joint telephone call with court appointed mediator Mark C. Peters on May 30, 2012;

WHEREAS the parties have agreed to continue the case management conference to a date that occurs after the 90 day mediation period expires on July 29, 2012;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendant, that the Case Management Conference currently scheduled for May 18, 2012 at 2:30 p.m. be continued to a date after July 29, 2012.

Dated: May 17, 2012

_____
Counsel for plaintiff

Dated: May 17, 2012

_____
Counsel for defendant

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**Case No. C12-00141**

-2-

## ORDER

The above Stipulation is approved and the Case Management Conference scheduled for May 18, 2012 is hereby vacated. A Case Management Conference shall be held on __8/24/12__ at __2:30 p.m.__ .

Dated:  5/18/12

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**Case No. C12-00141**

-3-