1 | HUNTER PYLE, SBN 184260
  | MANA BARARI, SBN 275328
2 | SUNDEEN SALINAS & PYLE
  | 428 13th Street, 8th Floor
3 | Oakland, California 94612

4 | Telephone: (510) 663-9240
  | Facsimile: (510) 663-9241
5
6 | hpyle@ssrplaw.com; mbarari@ssrplaw.com

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | DOUGLAS DAWSON,                          Case No.: C12-00141

10 |                                          STIPULATION AND [PROPOSED] ORDER
   |                                          CONTINUING MAY 18, 2012 CASE
11 |              Plaintiff,                   MANAGEMENT CONFERENCE

12 |      vs.

13 | CHART INTERNATIONAL, INC.,               Date:    May 18, 2012
   |                                          Time:    2:30 P.M.
   |              Defendant.                   Judge:   Hon. Susan Illston

14
15
16
17
18
19 | This Stipulation is entered into by and among plaintiff Douglas Dawson ("Plaintiff") and

20 | defendant Chart International, Inc. ("Defendant") by and through their respective counsel.

21 | WHEREAS this Court signed the Order adopting the parties' stipulation to proceed with

22 | mediation within 90 days on April 30, 2012;

23
24
25 | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
   | **Case No. C12-00141**

-1-

1       WHEREAS the parties are scheduled for a joint telephone call with court appointed mediator

2 Mark C. Peters on May 30, 2012;

3       WHEREAS the parties have agreed to continue the case management conference to a date that

4 occurs after the 90 day mediation period expires on July 29, 2012;

5       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for

6 Plaintiff and Defendant, that the Case Management Conference currently scheduled for May 18, 2012 at

7 2:30 p.m. be continued to a date after July 29, 2012.

8

9

10   Dated:  May 17, 2012

11                              Counsel for plaintiff

12

13   Dated:  May 17, 2012

14                              Counsel for defendant

15

16

17

18

19

20

21

22

23

24

25   **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
                          **Case No. C12-00141**

1

**ORDER**

2

The above Stipulation is approved and the Case Management Conference scheduled for May 18,

3

2012 is hereby vacated.  A Case Management Conference shall be held on ___8/24/12_____ at

4

2:30 p.m.___.

5

6

7

Dated:  5/18/12

8

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**Case No. C12-00141**

-3-