UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DOUGLAS DAWSON, et al.,<br>   Plaintiffs, | No. C 12-0141 SI |
| v.<br>CHART INTERNATIONAL, INC., et al.<br>   Defendants.<br>_____ / | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:    July 9, 2012<br>Mediation:  Mark Peters |

  IT IS HEREBY ORDERED that the request to excuse defendant Chart International, Inc.'s client representative from personal attendance at the July 9, 2012, mediation session before Mark Peters is GRANTED. The representative shall participate telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

  IT IS SO ORDERED.

June 25, 2012    By:                
Dated                     Donna M. Ryu
                       United States Magistrate Judge